No. 91–5756. BORCHERS v. UNITED STATES (two cases). C. A. 3d Cir. Certiorari denied.

No. 91–5770. SMITH v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–5774. EDWARDS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–5790. TREMBLE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–5794. POUNDS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5795. NEVELS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–5800. WINT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–5807. AINSWORTH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5808. BILAL v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 91–5813. HARRIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–5814. HAMELL, AKA HAMELL-EL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–5823. RICE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–5824. ORTIZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–5825. MCHAYLE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–5826. MIRANDA-ORTIZ, AKA PACHECO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–5847. RAFFAELE v. MURDOCK ET AL. C. A. 4th Cir. Certiorari denied.